Civil Action No. **2:26-CV-02464-WLH-DFM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for ASTON CARTER, INC. was received by me on July 24, 2026.

Documents: **Summons; First Amended Complaint; Consent to Sue**

Service Address: **2710 Gateway Oaks Dr Ste 150N**
**Sacramento, CA 958333502**

☑ I personally served the above documents on the individual at 2710 Gateway Oaks Dr Ste 150N , Sacramento, CA 95833-3502 on July 24, 2026 11:43 AM

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **ALEX JENKINS OF CSC LAWYERS INC. - AGENTS** , who is designated by law to accept service of process on behalf of **ASTON CARTER, INC.** on **July 24, 2026 11:43 AM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 110.00 for services, for a total of $ 110.00

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: **July 24, 2026**

*Server's signature*

*Additional information regarding attempted service, etc:*

**Keianna Hostetler**
*Printed name and title*
*REG # 2025-048, County of Sacramento*

**674 County Square Drive, Suite 107, Ventura, CA 93003**
*Server's Address*

VN237683